**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARETHA CROSSON, Individually and as the
representative of a class of similarly situated persons,

                  Plaintiff,

- against -

LABRUNA SKINCARE, LLC,

                  Defendants.
-----------------------------------------------------------X

Case No.   1:21-cv-6534-WFK-JRC

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Aretha Crosson, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against LaBruna Skincare, LLC.  No Answer has been filed in this case.

Dated: Scarsdale, New York
         February 2, 2022

                                SHAKED LAW GOUP, P.C.
                                Attorneys for Plaintiff

                                By: _/s/Dan Shaked_____
                                    Dan Shaked, Esq.
                                    14 Harwood Court, Suite 415
                                    Scarsdale, NY 10583
                                    Tel. (917) 373-9128
                                    e-mail: ShakedLawGroup@Gmail.com

                                        **SO ORDERED.**

                                       **s/ WFK**

Dated: February 3, 2022
        Brooklyn, New York
                                      HON. WILLIAM F. KUNTZ, II
                                        UNITED STATES DISTRICT JUDGE